AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

____WESTERN____ DISTRICT OF ____TEXAS____

FILED
DEC 12 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA
V.
Miguel LOYA

**CRIMINAL COMPLAINT**

Case Number: P-06-1324M

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __12/8/2006__ (Date) in __Presidio__ County, in the __Western__ District of __Texas__ defendant(s) did,

*(Track Statutory Language of Offense)*

and others, aiding and abetting one another, attempted to export a defense article, ammunition, which is designated as a defense article under the United States Munitions List, without a license for such export.

in violation of Title __22 / 18__ United States Code, Section(s) __2778/2__ .

I further state that I am a(n) __U.S. ICE Special Agent__ and that this complaint is based on the following facts:
                                    Official Title

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

_____
Signature of Complainant

Jose L. Santa Cruz
Printed Name of Complainant

Sworn to before me and signed in my presence,

__12/12/2006__                                              at   __Alpine__                    __Texas__
Date                                                             City                          State

__Durwood Edwards__         __U.S. Magistrate__                  _____
Name of Judge               Title of Judge                       Signature of Judge

## Attachment

On December 8, 2006 Customs and Border Protection (CBP) Officers were performing an outbound operation at the Presidio, Texas Port of Entry. At approximately 1115 hours CBP Officers stopped a yellow Hummer bearing Mississippi tag BIGBOY. The driver of the vehicle was Miguel LOYA.

The CBP Officer asked LOYA if he had guns, or ammunition and LOYA answered no. CBP Officers noticed tampering on the center console of the vehicle and upon further inspection of the vehicle CBP Officers found a sock filled with 9mm ammunition concealed under the center console. CBP Officers found a total of 250 rounds of 9mm ammunition.

ICE Special Agents were notified and responded. LOYA was read his constitutional rights in Spanish and agreed to speak with investigators.

During questioning LOYA admitted knowledge of the ammunition in the vehicle, and stated he purchased the ammunition himself for the purpose of hunting in Mexico. When asked if he had a gun, LOYA stated he did not own a gun. LOYA stated he purchased the ammunition at a Bass Pro shop for $8.40 a box.

AUSA Jay Miller was advised of the above facts and authorized the prosecution of LOYA.