UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
DEC 12 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) NO. P-06-1324M |
| MIGUEL LOYA, | ) |
| Defendant. | ) |

### GOVERNMENT'S MOTION FOR PRE-TRIAL DETENTION AND CONTINUANCE

The United States, pursuant to Title 18, United States Code, Section 3142(f), moves the court to grant pre-trial detention of the defendant and to continue the hearing on this motion for three days to allow the government time to properly prepare for the hearing.

Wherefore, premises considered, the United States prays that the defendant be temporarily detained for three days, that the hearing on detention be conducted after the three day continuance, and that, after hearing, the defendant be detained pending trial.

Johnny Sutton
United States Attorney

*[signature]*

B. Dwight Goains
Assistant United States Attorney
2500 N. Highway 118, Suite A200
Alpine, Texas 79830
432.837.7332