UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
DEC 1 2 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | NO. P-06-1324M |
| ) | |
| MIGUEL LOYA, ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR PRE-TRIAL DETENTION AND CONTINUANCE

On this day the court considered the government's motion, filed pursuant to Title 18, United States Code, Section 3142(f), for pre-trial detention of the defendant and a three day continuance of the detention hearing.

The court finds that the motion should be granted. The detention hearing in this cause is continued until Dec 15, 2006 at 9:30 o'clock AM.

So **ORDERED**.

Date: Dec 12, 2006

_____
Durwood Edwards
United States Magistrate Judge