COPY

FILED
DEC 19 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. P-06-CR- P06CR279 |
| | ) | |
| Plaintiff, | ) | **I N D I C T M E N T** |
| | ) | |
| v. | ) | [Vio: 22 U.S.C. 2778, Export of |
| | ) | Arms and Munitions; |
| MIGUEL LOYA, | ) | 18 U.S.C. 2, Aid and Abet; |
| | ) | Notice of United States |
| Defendant. | ) | of America's Demand for |
| | ) | Forfeiture] |

**The Grand Jury Charges:**

**Count One**
[Title 22 U.S.C. §§ 2778(b)(2) and 2778(c) & 18 U.S.C. § 2]

On or about December 8, 2006, in the Western District of Texas, Defendant,

MIGUEL LOYA,

and others, aiding and abetting one another knowingly and willfully exported and caused to be exported, and attempted to do the same, from the United States to Mexico, defense articles, that is, 250 rounds of 9mm ammunition, which have been designated as a defense article on the United States Munitions List, without having first obtained from the Department of State a license for such export and attempted export, or written authorization for such export and attempted export.

In violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c); Title 22, Code of Federal Regulations, Sections 121.1, 121.4, 123.1, 127.1(a), 127.1(c) and 127.3, and Title 18, United States Code, Section 2.

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[Title 22 U.S.C. §§ 2778(b)(2), 2778(c) and Title 18 U.S.C. § 1956(c)(7)(D), and subject to forfeiture to the United States pursuant to Title 18 U.S.C. § 981 (a civil statute made applicable to criminal forfeiture pursuant to Title 28 U.S.C. § 2461)]

As a result of the foregoing criminal violations as set forth in Count One, which are punishable by imprisonment for more than one year, Defendant MIGUEL LOYA, shall forfeit to the United States pursuant to Title 18 U.S.C. § 981 (a civil statute made applicable to criminal forfeiture pursuant to Title 28 U.S.C. § 2461) any and all property, real or personal, involved in the aforestated offense(s) wherein he, did obtain, use or intend to use:

 a. Any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violations; and/or

 b. Any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations;

thereby making Defendant MIGUEL LOYA's right, title and interest in said property forfeitable to the United States in certain property, to wit:

 1. 250 rounds of 9mm ammunition.

All in violation of Title 22 U.S.C. §§ 2778(b)(2), 2778(c) and Title 18 U.S.C. § 1956(c)(7)(D), and subject to forfeiture to the United States pursuant to Title 18 U.S.C. § 981 (a civil statute

made applicable to criminal forfeiture pursuant to Title 28 U.S.C. § 2461).

A True Bill.

_____
Foreperson

Johnny Sutton
United States Attorney

*[signature]*

B. Dwight Goains
Assistant United States Attorney