PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF TEXAS

FILED

JUL 15 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY CLERK

UNITED STATES OF AMERICA

v.                                                      Crim. No.  P-06-CR-279(01)

Miguel Loya

On ___May 22, 2007___ the above named was placed on probation for a period of _five_ years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

Julie C. Estrada
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this __13th__ day of __June__, 20 _11_.

The Honorable Robert Junell
United States District Judge